UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAEMOND SANFORD,<br>*Plaintiff,*<br>vs.<br>TOWN OF TIVERTON, by and through its Treasurer, James Amarantes; TOWN OF TIVERTON SCHOOL DEPARTMENT; NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM; KRISTEN FOLEY; DONALD DECOSTA; and PRINCIPAL AULL,<br>*Defendants.* | C.A. No. CA 06 487 T<br>*{ R.I. Superior Court C.A. No. NC06-477 }* |

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants, Town of Tiverton, by and through its Treasurer, James Amarantes, Town of Tiverton School Department, and Patricia R. Aull, are defendants in a civil action filed in the Newport County Superior Court entitled, *Raemond Sanford v. Town of Tiverton, et al.,* *C.A. No. NC06-477.* Attached to this petition is a complete and certified copy of the record from the Newport County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about October 11, 2006.

3. The above described action, as stated in plaintiff's complaint, is one of which this

Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

4. These defendants state that the remaining defendants, the Newport County Regional Special Education Program and its former employees, represented by Joseph Palumbo, Esq., have assented to this petition for removal.

Defendants,
Town of Tiverton, Town of Tiverton
School Department, and Patricia R. Aull,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on November 7th, 2006, to:

V. Edward Formisano, Esq.
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 100
Cranston, RI 02920-5707

Joseph Palumbo, Esq.
24 Valley Road
Middletown, RI 02842