UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAEMOND SANFORD,<br><br>*Plaintiff,*<br><br>vs.<br><br>TOWN OF TIVERTON, by and through its Treasurer, James Amarantes; TOWN OF TIVERTON SCHOOL DEPARTMENT; NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM; KRISTEN FOLEY; DONALD DECOSTA; and PRINCIPAL AULL,<br><br>*Defendants.* | C.A. No. 06-487 T |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance in this matter on behalf of Defendants, Town of Tiverton, Tiverton School Department, and Patricia R. Aull.

Defendants,
Town of Tiverton, Town of Tiverton
School Department, and Patricia R. Aull,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system. Notice will be sent via other means, to:

V. Edward Formisano, Esq.
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 100
Cranston, RI 02920-5707

Joseph Palumbo, Esq.
24 Valley Road
Middletown, RI 02842

*/s/ Marc DeSisto*

Marc DeSisto