**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLAINTIFF SANFORD, a minor, by and through DAVID SANFORD and KELLY SANFORD, as parents and natural guardians,** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 06-487T** |
| **TOWN OF TIVERTON, by and through its treasurer, JAMES AMARANTES, TOWN OF TIVERTON SCHOOL DEPARTMENT, NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM, DEFENDANT FOLEY, DONALD DECOSTA and PRINCIPAL AULL,** | : | |
| **Defendants** | : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned, **MICHAEL D. PUSHEE, ESQ**., of Sinapi, Formisano & Company, Ltd., and does hereby enter his appearance on behalf of the Plaintiff.

Respectfully Submitted,
Sinapi, Formisano & Company, Ltd.

Dated: May 9, 2007

/s/ Michael D. Pushee

Michael Pushee (#6948)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

TO: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Joseph R. Palumbo, Jr., Esq.
Law Offices of Joseph R. Palumbo, Jr.
294 Valley Road
Middletown, RI 02842

I hereby certify that on the 9th day of May, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System. I also certify that the above counsels of record has received the within.

/s/ Michael D. Pushee