**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLAINTIFF SANFORD, a minor, by and through DAVID SANFORD and KELLY SANFORD, as parents and natural guardians,** **Plaintiff** | : | |
| **v.** | : | **C.A. No. 06-487T** |
| **TOWN OF TIVERTON, et al.,** **Defendants** | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under the May 10, 2007 Scheduling Order.

The close of discovery is currently scheduled to occur on November 15, 2007, with the deadline for filing dispositive motions to occur on December 5, 2007.

The parties have made progress in discovery, including document requests and written discovery. The matter was mediated before Attorney Penza on September 25, 2007. The parties were scheduled for a second day of mediation on October 16, 2007; however, immediately before the mediation, it became evident that mediation would not be successful without more discovery.

To date, no depositions have occurred but the parties are in the process of scheduling same. The depositions were not taken prior to the mediation based, in part, on the belief that they were unnecessary; however, prior to the mediation, Mr. & Mrs. Sanford had met informally with counsel for the Plaintiff and Defendants to discuss the various factual allegations.

Based on the foregoing, the parties respectfully request that this Court enter an Order extending the close of discovery to February 15, 2008 with the other deadlines adjusted accordingly.[1]

---

[1] The parties also represent that the additional time may lead to settlement of this matter

Attorneys for Plaintiff,
Sinapi, Formisano & Co., Ltd.

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Attorneys for Defendants,
Town of Tiverton and Patricia Aull,

/s/ Marc DeSisto
Marc DeSisto(2757)
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401)272-4442
(401)272-9937 (facsimile)

Attorney for Defendants,
Newport County Regional
Special Education Program
And Donald DeCosta,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr.(0405)
294 Valley Road
Middletown, RI 02842
(401)846-5200
(401)848-0984 (facsimile)

Dated: November 7, 2007