UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAEMOND SANFORD, a minor, by and through DAVID SANFORD and KELLY SANFORD, as parents and natural guardians,

*Plaintiff,*

vs.

C.A. No. 06-487 T

TOWN OF TIVERTON, by and through its Treasurer, James Amarantes; TOWN OF TIVERTON SCHOOL DEPARTMENT; NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM; KRISTEN FOLEY; DONALD DECOSTA; and PRINCIPAL AULL,

*Defendants.*

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter will take the deposition of **KRISTIN SOUZA** on oral examination. This examination will continue from day to day until completed and will commence on **THURSDAY, DECEMBER 20, 2007 at 3:00 p.m**., at the offices of DESISTO LAW, 211 Angell Street, Providence, Rhode Island 02906**,** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
Town of Tiverton, Town of Tiverton
School Department, and Patricia R. Aull,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 15, 2007 and is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system.

edf@sfclaw.com
joseph@palumbolaw.net

Notice by other means will be sent to:

Patricia Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, RI 02806

*/s/ Marc DeSisto*

Marc DeSisto