UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAEMOND SANFORD,<br>*Plaintiff,*<br><br>vs.<br><br>TOWN OF TIVERTON, by and through its Treasurer, James Amarantes; TOWN OF TIVERTON SCHOOL DEPARTMENT; NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM; KRISTEN FOLEY; DONALD DECOSTA; and PRINCIPAL AULL,<br>*Defendants.* | C.A. No. 06-487 T |

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, hereby enter my appearance in this matter on behalf of Defendants, Town of Tiverton, by and through its Treasurer, James Amarantes, Town of Tiverton School Department, and Patricia R. Aull.

Defendants,
Town of Tiverton, by and through its Treasurer,
James Amarantes, Town of Tiverton
School Department, and Patricia R. Aull,
By their attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
karen@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on November 16, 2007 and is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system.

V. Edward Formisano, Esq.
edf@sfclaw.com

Joseph Palumbo, Esq.
joseph@palumbolaw.net

*/s/ Karen K. Corcoran*

Karen K. Corcoran