**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLAINTIFF SANFORD, a minor, by and through DAVID SANFORD and KELLY SANFORD, as parents and natural guardians,** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 06-487T** |
| **TOWN OF TIVERTON, by and through its treasurer, JAMES AMARANTES, TOWN OF TIVERTON SCHOOL DEPARTMENT, NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM, DEFENDANT FOLEY, DONALD DECOSTA and PRINCIPAL AULL,** | : | |
| **Defendants** | : | |

**NOTICE TO TAKE DEPOSITION**

**DATE:** **January 24, 2008**

**TIME:** **1:30 p.m.**

**DEPONENT:** **Kristen Souza**

Pursuant to Federal Rule of Civil Procedure 30, please take notice that we will take the testimony on oral examination of the above named deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of Sinapi, Formisano & Co., Ltd., 100 Midway Place, Suite 1, Cranston, RI 02920, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

/s/ V. Edward Formisano______
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

**CERTIFICATION**

TO: Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Joseph R. Palumbo, Jr., Esq.
Law Offices of Joseph R. Palumbo, Jr.
294 Valley Road
Middletown, RI 02842

I hereby certify that on the 8th day of January, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano_________