**UNITED STATES DISTRICT COURT**
**OF THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAEMOND SANFORD, a minor, by and through DAVID SANFORD and KELLY SANFORD, as parents and guardians** | } | |
| **Plaintiff** | } | |
| **v.** | } | **CA No. 06-487T** |
| **TOWN OF TIVERTON, by and through its Treasurer, JAMES AMARANTES, TOWN OF TIVERSON SCHOOL DEPARTMENT, NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM, KRISTEN FOLEY, DONALD DECOSTA and PRINCIPAL AULL** | } | |
| **Defendants** | } | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and hereby move this Honorable Court for an Order extending the existing deadlines under the existing November 20, 2007 Scheduling Order.

The close of discovery is currently scheduled to occur on February 15, 2008, with the deadline for filing dispositive motions to occur on February 15, 2008.

The parties have made progress in discovery, including document requests and written discovery. Several discovery depositions have been scheduled in January 2008, but there is a settlement conference scheduled with Magistrate Judge Lovegreen on

February 5, 2008. The parties would like to avoid the necessity of incurring substantial legal expenses prior to the settlement conference. The parties represent that the avoidance of such legal expenses prior to the settlement conference may lead to settlement of this case.

Based on the foregoing the parties respectfully request that this court enter one final Order extending the close of discovery to March 15, 2008 with the other deadlines adjusted accordingly.

Attorneys for Plaintiff,

Sinapi, Formisano & Co., Ltd.

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

Attorney for Defendants,

Town of Tiverton and Patricia Aull,

/s/ Marc DeSisto
Marc DeSisto (2757)
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563
(401) 272-4442
(401) 272-9937 (facsimile)

Attorney for Defendants,
Newport County Regional
Special Education Program and
Donald DeCosta,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr., #0405
294 Valley Road
Middletown, RI 02842
(401) 846-5200
(401) 848-0984 (facsimile)

Dated: January 15, 2008