**UNITED STATES DISTRICT COURT**
**OF THE STATE OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAEMOND SANFORD, a minor, by and through DAVID SANFORD and KELLY SANFORD, as parents and guardians** | } | |
| **Plaintiff** | } | |
| **v.** | } | **CA No. 06-487T** |
| **TOWN OF TIVERTON, by and through its Treasurer, JAMES AMARANTES, TOWN OF TIVERSON SCHOOL DEPARTMENT, NEWPORT COUNTY REGIONAL SPECIAL EDUCATION PROGRAM, KRISTEN FOLEY, DONALD DECOSTA and PRINCIPAL AULL** | } | |
| **Defendants** | } | |

**NOTICE OF INTENTION TO TAKE DEPOSITION**

**DATE AND TIME:** **FRIDAY, FEBRUARY 22, 2008 @ 1:00 P.M.**

**DEPONENT:** **KELLY SANFORD**

**TO:**

**V. Edward Formisano, Esquire**
100 Midway Place, Suite 1
Cranston, RI 02920-5707

**Marc DeSisto, Esquire**
211 Angell Street
P.O. Box 2563
Providence, RI 02903-2563

**Faria Court Reporting**
P.O. Box 493
Jamestown, RI 02835-0493

Please take notice that the Defendant will take the testimony on oral examination of the **ABOVE-NAMED DEPONENT** at the time **SET FORTH ABOVE** before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of **Joseph R. Palumbo, Jr., 294 Valley Road, Middletown, Rhode Island 02842** at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

/s/ Joseph R. Palumbo, Jr.
**Joseph R. Palumbo, Jr., #0405**
294 Valley Road
Middletown, R.I. 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

## Certificate of Service

I, **Joseph R. Palumbo, Jr.,** hereby certify that I caused the foregoing document to be electronically filed with the Court and is available for viewing on the EFC system, and, caused a copy of the foregoing document to be sent to **V. Edward Formisano, Esquire, Sinapi, Formisano & Company, Ltd.,** 100 Midway Place, Suite 1, Cranston, Rhode Island 02920-5707 and **Marc DeSisto, Esquire**, DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02903 and **Faria Court Reporting**, P.O. Box 493, Jamestown, Rhode Island 02835-0493.

/s/ Joseph R. Palumbo, Jr.