**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PLAINTIFF SANFORD, a minor, by and through DAVID SANFORD and KELLY SANFORD, as parents and natural guardians, Plaintiff** | : | |
| **v.** | : | **C.A. No. 06-487T** |
| **TOWN OF TIVERTON, et al., Defendants** | : | |

**STIPULATION**

This matter is hereby dismissed, with prejudice, no interest, costs or fees.

Attorneys for Plaintiff,
Sinapi, Formisano & Co., Ltd.

/s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Attorneys for Defendants
Town of Tiverton and Patricia Aull,
DeSisto Law

/s/ Marc DeSisto
Marc DeSisto(2757)
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401)272-4442
(401)272-9937 (facsimile)

Attorney for Defendants
Newport County Regional
Special Education Program
And Donald DeCosta,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr.(0405)
294 Valley Road
Middletown, RI 02842
(401)846-5200
(401)848-0984 (facsimile)

Dated: July 3, 2008